UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARENA HATLEY, | |
| Plaintiff, | Case No. C21-820-JCC-MLP |
| v. | MINUTE ORDER |
| JOYCE L. MULLAN, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On October 27, 2021, the Court issued a Report and Recommendation on Defendant Joyce L. Mullan's Motion to Dismiss the Complaint. (Dkt. # 29.) Plaintiff Larena Hatley's Motion *ex parte* for Issuance of Order Directing Defendant to Appear and Show Cause Why an Order Putting Plaintiff in Immediate Possession of Personal Property Should Not Be Issued pursuant to RCW 7.64.020 under Federal Rule of Civil Procedure 64(b) (dkt. # 18) and Motion for Writ of Replevin (dkt. # 19) remain pending before the Court. The District Judge's ruling on the Report and Recommendation will determine whether this Court retains jurisdiction over the case. Therefore, the Court hereby strikes Plaintiff's motions (dkt. ## 18, 19) without prejudice to

MINUTE ORDER - 1

refiling, if the Motion to Dismiss is denied, within 14 days after the District Judge rules on the Report and Recommendation.

Dated this 28th day of October, 2021.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
By: Tim Farrell<br>
Deputy Clerk

MINUTE ORDER - 2