UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARENA HATLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOYCE L. MULLAN,<br><br>    Defendant. | Case No. C21-820-JCC-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, and there being no objections to the R&R, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Defendant's Motion to Dismiss the Complaint (Dkt. No. 15) is DENIED.

The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Peterson.

//

//

//

ORDER - 1

DATED this 12th day of November 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 2