UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARENA HATLEY,<br><br>            Plaintiff,<br><br>     v.<br><br>JOYCE L. MULLAN,<br><br>            Defendant. | Case No. C21-820-JCC-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Plaintiff's Replevin Motion (dkt. # 34) is DENIED.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

DATED this 4th day of March 2022.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 1