1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| 8 **Larena Hatley**, as an individual, and in her separate capacity as the assignee and real party in interest of all *choses* in action of Chance Daniels arising out of the same causes of action set forth herein, <br><br> PLAINTIFF; <br><br> v. <br><br> **Joyce L. Mullan**, an individual and doing business as Castlewood Standard Schnauzers, <br><br> DEFENDANT. | No. C21-820-JCC-MLP <br><br> **Order Extending Time to Complete Discovery, and File Discovery-Related, Dispositive, and *Daubert* Motions** |

    Having considered the parties' *Stipulated Motion to Modify Case Management Order to Extend Time to Complete Discovery and File Discovery-Related, Dispositive, and Daubert Motions*, the Court finds good cause to modify the schedule in this case.

    Accordingly, the Court GRANTS the stipulation as follows:

Order
(No. C21-820-JCC-MLP)

1

Balloun Law Professional Corporation
355 Harris Avenue, Suite 201
Bellingham, Washington 98225
(360) 318-7778

| Event | Proposed Date |
|---|---|
| Reports of expert witnesses under FRCP 26(a)(2) due | 7/5/2022 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 8/1/2022 |
| Discovery to be completed by | 8/1/2022 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (*see* LCR 7(d)) | 8/8/2022 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 9/5/2022 |

All other deadlines remain as set. *See* Dkt. No. 30.

**IT IS SO ORDERED**.

Dated this 24th day of May, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

Order
(No. C21-820-JCC-MLP)

2

Balloun Law Professional Corporation
355 Harris Avenue, Suite 201
Bellingham, Washington 98225
(360) 318-7778